# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2748

_____

United States of America

*Plaintiff - Appellee*

v.

Clifton Cloyd, also known as Clifton Omar, also known as Omar Muhamed

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 14, 2018
Filed: May 17, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Clifton Cloyd, proceeding pro se, directly appeals the revocation of his supervised release, challenging the district court's[1] jurisdiction. We conclude that the

---

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

district court had jurisdiction to revoke Cloyd's supervised release because his term of supervised release had not expired when the court issued the revocation warrant. See 18 U.S.C. § 3583(i); United States v. Hacker, 450 F.3d 808, 814-15 (8th Cir. 2006) (de novo review; finding that district court had jurisdiction to revoke supervised release where revocation warrant was issued one day before supervised-release term expired); see also United States v. Merlino, 785 F.3d 79, 87 n.5 (3d Cir. 2015) (noting that issuance of warrant, even if not executed or served prior to expiration of release, satisfies § 3583(i)).

The judgment is affirmed.

_____